**Michael A. Lehner, OSB No. 741885**
**Iayesha Smith, OSB No. 044190**
LEHNER & RODRIGUES, P.C.
1500 SW First Avenue, Suite 1150
Portland, Oregon   97201
T:  503.226.2225
F:  503.226.2418
E:  mlehner@lrlawnw.com
    ismith@lrlawnw.com

       Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHELLE SCHREINER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF GRESHAM; TC SILVA; GRESHAM POLICE BUREAU and OTHER GRESHAM JOHN and JANE DOE OFFICIALS,<br><br>    Defendants. | Case No. CV 07-1809-HA<br><br>**DEFENDANTS' MOTION TO QUASH SUBPOENA** |

## MOTION

    Pursuant to Fed. R. Civ. P. 45, defendants move the Court for an order quashing plaintiff's subpoena to the City Attorney of defendant City of Gresham, dated March 5, 2009.  This motion is supported by the Declaration of Iayesha Smith, filed herewith, and attachments thereto. Defense counsel has conferred with plaintiff's counsel, who opposes this motion.

Page 1 -   DEFENDANTS' MOTION TO QUASH SUBPOENA

The subpoena is for photographs of police officers, disclosure of which is protected pursuant to a Memorandum of Understanding between the City and the Gresham Police Officers' Association. The reason underlying this protection is that dissemination of photographs of law enforcement personnel jeopardizes officer safety. Plaintiff has not provided and cannot provide sufficient justification for these photographs to override these safety concerns. Plaintiff's counsel states that the photographs are sought to assist two third-party witnesses in identifying the officers. Disclosure to third-party witnesses is particularly intrusive and is unnecessary for these witnesses to testify to events within their competence. Should these witnesses actually appear for trial (defendants have been unable to locate and subpoena one for deposition), appropriate provision can be made for any necessary identifications.

Therefore, defendants respectfully request the Court grant their motion and prohibit disclosure of the photographs sought by plaintiff's subpoena.

DATED: March 11, 2009

LEHNER & RODRIGUES, P.C.

/s Iayesha Smith
Michael A. Lehner, OSB No. 741885
Iayesha Smith, OSB No. 044190
Of Attorneys for Defendants