Michael A. Lehner, OSB No. 741885
Iayesha Smith, OSB No. 044190
LEHNER & RODRIGUES, P.C.
1500 SW First Avenue, Suite 1150
Portland, OR 97201
Telephone: (503) 226-2225
Facsimile: (503) 226-2418
E-mail: mlehner@lrlawnw.com
ismith@lrlawnw.com
Of Attorneys for Defendants

FILED'10 JUL 06 11:14USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHELLE SCHREINER, | Case No. CV 07-1809-HA |
| Plaintiff, | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY |
| v. | |
| CITY OF GRESHAM; REBECCA A. SILVA in her capacity as Personal Representative of the ESTATE OF TONY C. SILVA, JR., | |
| Defendants. | |

## STIPULATION

Plaintiff, Michelle Schreiner, and defendants, the City of Gresham and Rebecca A. Silva in her capacity as Personal Representative of the Estate of Tony C. Silva, Jr., having fully settled all claims by plaintiff, stipulate that all claims by plaintiff be dismissed with prejudice and without costs or fees to either party.

////
////
////
////
////

PAGE 1-   STIPULATED ORDER OF DISMISSAL

1  DATED: June 30, 2010                    DATED: July 1, 2010

2  STEENSON, SCHUMANN,                     LEHNER & RODRIGUES, P.C.
   TEWKSBURY, CREIGHTON
3  & ROSE, P.C.

4

5  _____          _____
   Beth Creighton, OSB No. 97224           Michael A. Lehner, OSB No. 741885
6  beth@sstcr.com                          mlehner@lrlawnw.com
                                           Iayesha Smith, OSB No. 044190
7  Of Attorneys for Plaintiffs             ismith@lrlawnw.com

8                                          Of Attorneys for Defendants

9

10                                 **ORDER**

11
          This matter having come before the Court, and the Court having reviewed the
12
   record and pleadings, and based upon the stipulation of the parties, and it appearing to the
13
14 Court that all claims are fully settled,

15        IT IS HEREBY ORDERED all claims are dismissed with prejudice and without

16 costs or fees to either party.

17        DATED this ___6___ day of July, 2010.

18

19
                                           _____
20                                         Hon. Ancer L. Haggerty
21                                         District Court Judge

22

23

24

25

26

PAGE 2-    STIPULATED ORDER OF DISMISSAL